**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **I.C. DEPOSITS DEVELOPMENT, INC.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 5:26-cv-03178-FB** |
| | § | |
| | § | |
| **EDWARD F. VALDESPINO,** | § | |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF'S MOTION TO REMAND AND, IN THE ALTERNATIVE,**
**MOTION TO ENFORCE EXISTING TEMPORARY INJUNCTION**

TO THE HONORABLE UNITED STATES JUDGE OF SAID COURT:

Plaintiff, I.C. DEPOSITS DEVELOPMENT, INC., files this Advisory regarding Defendant's Unopposed Motion to Continue Hearing (ECF No. 19), and respectfully shows:

1. Plaintiff does not oppose a short continuance of the July 10, 2026 hearing based upon defense counsel's scheduling conflict. However, Plaintiff's agreement to the continuance was expressly conditioned upon the hearing being reset for July 16, July 17, or July 21, 2026 due to Plaintiff's own scheduling conflicts. Plaintiff files this Advisory to avoid the Court having to consider another request to reset the hearing due to Plaintiff's pre-scheduled date conflicts.

2. In conferring with Defendant's counsel, Plaintiff's counsel advised:

> "Our schedules are fairly tight in July. We are amenable to moving the hearing date as long as it can be rescheduled for July 16, 17, or 21st. We have already moved and rescheduled activities to appear for the July 10th hearing. I will be out of the country July 25 to August 2nd. We are not willing to agree to push the hearing into August." *See Ex. A, Email*.

2. While Defendant's motion states that the parties are available on July 16, 17, or 21, it did not include Plaintiff's counsel's own schedule limitations or pre-scheduled trip dates.

3. Plaintiff's counsel will be out of the country from July 25, 2026 through August 2, 2026, and Plaintiff's counsel has already adjusted commitments in order to accommodate the Court's July 10 setting.

4. The hearing scheduled by the Court is needed to address several urgent motions, including Plaintiff's Motion to for Order to Show Cause and To Hold Defendant in Civil Contempt (ECF No. 7).

5. Accordingly, Plaintiff respectfully requests that the Court reset the hearing if the Court is willing and available on July 16, July 17, or July 21, 2026; otherwise, Plaintiff respectfully requests that the Court maintain the July 10th hearing date to address the urgent motions pending before the Court in this matter.

Respectfully submitted,

**CUBETA LAW GROUP, PLLC**
By:____*/s/ Kelli Cubeta*____
Kelli P. Cubeta
Texas Bar No. 24040746
Email: Kelli.Cubeta@CubetaLaw.com
322 Martinez Street
San Antonio, Texas 78205
Telephone: (210) 934-4500

**DROUGHT, DROUGHT & BOBBITT, L.L.P**
By:*/s/ Matthew J. Badders*
Matthew J. Badders
State Bar No. 24069325
mjb@ddb-law.com
Laura H. Gonzalez
State Bar No. 24127264
lhg@ddb-law.com
2632 Broadway St., Suite 401-S
San Antonio, Texas 78215
(210) 225-4031 Telephone
(210) 222-0586 Telecopier

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served on all counsel of record via ECF on June 24, 2026.

*/s/ Kelli Cubeta*
Kelli Cubeta