**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **I.C. DEPOSITS DEVELOPMENT, INC.** *Plaintiff* | § | |
| | § | |
| ***v.*** | § | **CIVIL ACTION NO. 5:26-CV-03178-FB** |
| | § | |
| **EDWARD F. VALDESPINO,** *Defendant* | § | |

**DEFENDANT'S OPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE**

TO THE HONORABLE COURT:

Pursuant to Local Rule CV-7(B), Defendant Edward F. Valdespino files this Motion for Leave to File Response to Plaintiff's Motion for Order to Show Cause and to Hold Defendant Edward F. Valdespino in Civil Contempt (ECF No. 7) and respectfully shows as follows:

1. On April 9, 2026, Plaintiff I.C. Deposits Development, Inc. filed its Original Petition in 438th Judicial District of Bexar County, Texas against Defendant Edward F. Valdespino alleging causes of action concerning monies held in escrow under a Combined Escrow Agreement and Deed of Agreement. *See* ECF No. 1-2.

2. Defendant timely removed the state court suit to this Court on May 14, 2026. *See* ECF No. 1. Thereafter, Valdespino filed a *Motion to Stay and Compel Arbitration*. *See* ECF No. 3.

3. Plaintiff then filed a *Motion to Remand and, in the Alternative, Motion to Enforce Existing Temporary Injunction*, and a *Motion for Order to Show Cause*. *See* ECF Nos. 5, 7.

Valdespino filed a response to the *Motion to Enforce Existing Injunction* (ECF No. 12) and a separate *Motion to Vacate* the injunction (ECF No. 11). Although the enforceability and merits of the state court injunction are addressed in Valdespino's other filings, Valdespino now files this motion for leave to file a response to the *Motion for Order to Show Cause*.

4. This motion is not made for purposes of delay, but so that the matters can be fully briefed in advance of the hearing on Friday, August 14, 2026.

5. Counsel for Valdespino conferred with counsel for Plaintiff, who indicated it is opposed to the relief requested herein.

6. Pursuant to Local Rule CV-7(B), a copy of the proposed response is attached hereto as Exhibit A. A proposed order is attached as Exhibit B.

Dated: August 10, 2026.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*

Jason M. Davis
State Bar No. 00793592
E-mail: *jdavis@dslawpc.com*
Caroline Newman Small
State Bar No. 24056037
E-mail: *csmall@dslawpc.com*
719 S. Flores Street
San Antonio, Texas 78204
Tel.: (210) 853-5882
Fax: (210) 200-8395
***Attorneys for Defendant***
***Edward F. Valdespino***

**CERTIFICATE OF CONFERENCE**

I certify that on August 10, 2026, counsel for Defendant Edward F. Valdespino conferred with counsel for Plaintiff I.C. Deposits Development, Inc. and confirmed that this motion is opposed.

*/s/ Caroline Newman Small*
Caroline Newman Small

**CERTIFICATE OF SERVICE**

I certify that on August 10, 2026, a true and correct copy of the foregoing document was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system.

*/s/ Caroline Newman Small*
Caroline Newman Small