IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| I.C. DEPOSITS DEVELOPMENT, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-3178-FB-RBF |
| | § | |
| EDWARD F. VALDESPINO, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of United States Magistrate Judge, filed in the above-captioned cause on October 7, 2026. (ECF No. 37). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 37) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) and the Motion to Confirm and Enforce Arbitration Award (ECF No. 28) is GRANTED IN PART such that Defendant

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

Valdespino is ORDERED: (1) to cause the full $5,000,000.00 required by the Award to be deposited into the registry of the District Court of Bexar County, Texas, in Case No. 2026-CI-08116, **on or before October 30, 2026**; (2) to file documentary proof demonstrating that the full $5,000,000.00 deposit has been completed; and (3) pending competition of the full deposit, comply with the Arbitrator's prohibition against transferring, withdrawing, disbursing, encumbering, pledging, dissipating, concealing, or otherwise disposing of any portion of Plaintiff I.C. Deposits Investments, Inc.'s $5,000,000.00 or its directly traceable proceeds, except as necessary to make the required deposit.

It is so ORDERED.

SIGNED this 27th day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE

.